**Christopher A. ODOM, Plaintiff— Appellant,**

v.

**MT. PLEASANT MUNICIPAL COURT, Defendant—Appellee.**

No. 09–6738.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 17, 2009.

Decided: Dec. 28, 2009.

Christopher A. Odom, Appellant Pro Se. Timothy Alan Domin, Clawson & Staubes, LLC, Charleston, South Carolina, for Appellee.

Before WILKINSON, NIEMEYER, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

*Unpublished opinions are not binding precedent in this circuit.*

PER CURIAM:

Christopher A. Odom appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Odom v. Mt. Pleasant Municipal Court,* No. 2:08–cv–02660–PMD, 2009 WL 902322 (D.S.C. Mar. 31, 2009). We dispense with oral argument

because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*